MJ 03-1576

**ISLAND PAVEMENT CUTTING Co., INC**
84 Kean Street
West Babylon, NY 11704

RECEIVED
APR 07 2011
TIME AM _____
TIME PM _____
CHAMBERS OF
JUDGE WEXLER

March 14, 2011

Hon. Leonard D. Wexler
United States Federal Court
Eastern District of New York
Central Islip, New York 11722

Honorable Judge Wexler,

This letter is written on behalf of Kathleen Dominy whom I have known for the past ten or twelve years, first in a business copasity where I was treated with great success for a severe back problem. Kathleen took great care in my treatment going above and beyond to see that I recovered. Currently, I am still being treated by Kathleen but, I also consider her a good friend who has supported me at a difficult time in my life.

At this time I realize that Kathleen might have made some mistakes and is facing punishment. I hope you will take in consideration at the time of sentencing that Kathleen has cared for patients' and instructed them so that they understood what they needed to do to improve their health. She did this on her own time so that they would truly recover. Never was she too busy to help.

Respectfully,

Ann O'Neill
Ann O'Neill